UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOREST HILLS MEDICAL SERVICES, P.C.,

Plaintiff,

-v-

UNITED HEALTHCARE INSURANCE COMPANY,

Defendant.

26-CV-2552 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In light of Defendant's new motion to dismiss, *see* ECF No. 23, Defendant's earlier motion to dismiss filed at ECF No. 13 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **August 25, 2026**. Defendant's reply, if any, is due by **September 1, 2026**.

The Clerk of Court is directed to terminate Docket No. 13.

SO ORDERED.

Dated: August 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge